IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00148-MR-WCM

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br><br>      Plaintiffs,<br><br>  v.<br><br>GRAHAM COUNTY LAND COMPANY, LLC,<br><br>      Defendant. | ORDER |

This matter is before the court on a Motion to Extend Deadlines (Doc. 8) and a Motion to Withdraw (Doc. 9). The undersigned concludes that a hearing would be helpful as these Motions are considered.

Accordingly, the Clerk is respectfully directed to schedule a hearing on the Motion to Extend Deadlines (Doc. 8) and the Motion to Withdraw (Doc. 9).

Counsel for Defendant Graham County Land Company, LLC is directed to provide notice of the hearing to counsel for Defendant's Receiver.

Counsel may participate in the hearing remotely via videoconference or in person.

It is so ordered.

Signed: April 19, 2022

W. Carleton Metcalf
United States Magistrate Judge