IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00148-MR-WCM

| | |
|---|---|
| THE CHARTER OAK FIRE ) <br> INSURANCE COMPANY, ) <br> THE PHOENIX ) <br> INSURANCE COMPANY, ) <br> TRAVELERS PROPERTY CASUALTY ) <br> COMPANY OF AMERICA ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br>   v. ) <br>   ) <br> GRAHAM COUNTY LAND ) <br> COMPANY, LLC, ) <br>   ) <br>   Defendant. ) <br> _____ ) | ORDER |

This matter is before the court on Plaintiffs' Motion to be Excused from Mediation (the "Motion," Doc. 13) filed by The Charter Oak Fire Insurance Company, The Phoenix Insurance Company, and Travelers Property Casualty Company of America ("Plaintiffs").

For the reasons set out in the Motion and pursuant to Local Civil Rule 16.2, the Motion will be allowed.

**IT IS THEREFORE ORDERED THAT**:

1. Plaintiffs' Motion to be Excused from Mediation (Doc. 13) is **GRANTED**, and the parties are **EXCUSED** from the duty to conduct a mediated settlement conference in this matter.

2. The Clerk is **RESPECTFULLY DIRECTED** to send copies of this Order to Defendant at its address listed on the docket, and to counsel for Defendant's Receiver at the address listed in the Motion to Withdraw (Doc. 9).

Signed: May 18, 2022

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge