IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:21-cv-00148-MR-WCM

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, THE PHOENIX INSURANCE COMPANY, AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>**Plaintiffs,**<br><br>v.<br><br>GRAHAM COUNTY LAND COMPANY, LLC,<br>**Defendant.** | **ENTRY OF DEFAULT JUDGMENT** |

THIS CAUSE COMING BEFORE THE COURT for entry of default judgment by the Clerk pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default judgment against Graham County Land Company, LLC.

IT APPEARING TO THE COURT that Plaintiffs' claim is for a sum certain, Defendant has been defaulted, and Defendant is not a minor, incompetent person, or in active military service.

NOW THEREFORE, default judgment is hereby entered against Defendant Graham County Land Company, LLC for $2,289,206.12, plus interest at the legal rate under 28 U.S.C. § 1961 from November 15, 2020, and $402.00 in costs and expenses.

Signed: July 12, 2022

Frank G. Johns, Clerk
United States District Court